IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARLON T. MYERS
ADC #146003                                                                       PLAINTIFF

v.                          No. 3:25-cv-63-DPM

ROLONDA R. SCRUGGS, Disciplinary
Hearing Officer, ADC; DEXTER PAYNE,
Director, ADC; GARY DAVID COX,
Sergeant, Grimes Unit, ADC; and
CHRISTOPHER BUDNIK, Warden,
Grimes Unit, ADC                                                                  DEFENDANTS

## ORDER

Myers's motion, *Doc. 5*, is granted. The Court will dismiss this case without prejudice. Fed. R. Civ. P. 41(a). The Court declines as moot the recommendation, *Doc. 4*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2025