IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARLON T. MYERS
ADC #146003                                                                          PLAINTIFF

v.                           No. 3:25-cv-63-DPM

ROLONDA R. SCRUGGS, Disciplinary
Hearing Officer, ADC; DEXTER PAYNE,
Director, ADC; GARY DAVID COX,
Sergeant, Grimes Unit, ADC; and
CHRISTOPHER BUDNIK, Warden,
Grimes Unit, ADC                                                                    DEFENDANTS

## JUDGMENT

Myers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2025